# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2977 Disciplinary Docket No. 3

                  Petitioner         :

                             :   No. 62 DB 2023

             v.                    :

                             :   Attorney Registration No. 65885

JAMES P. MILLER,               :

                           :

                Respondent      :   (Allegheny County)

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of June, 2023, having received no response to a Recommendation of the Disciplinary Board, James P. Miller is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with the provisions of Pa.R.D.E. 217.

      Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

      This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").